8/7/2026 DENIED WITHOUT PREJUDICE TO THE FILING OF AN AMENDED MOTION THAT REMOVES PARAGRAPH 9, AS THE OBJECTION DEADLINE WILL BE SET BY THE COURT UPON THE FILING OF AN AMENDED MOTION.

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>EMPIRE 1 HOME IMPROVEMENTS, INC.,<br>Debtor | Case No. 24-40551 (EDK)<br>Chapter 7 |
| JONATHAN R. GOLDSMITH, CHAPTER 7 TRUSTEE OF EMPIRE 1 HOME IMPROVEMENTS, INC.<br>Plaintiff<br>v.<br>CAPITAL ONE NATIONAL ASSOCIATION,<br>Defendant | Adversary Proceeding No. 26-04016 |

**ASSENTED TO MOTION TO COMPROMISE CLAIM IN CONNECTION WITH AN ADVERSARY PROCEEDING**

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned proceeding (the "Trustee") and CAPITAL ONE NATIONAL ASSOCIATION ("Capital One") and respectfully moves this Honorable Court for an Order approving the compromise with Capital One in connection with the adversary proceeding to collect preferential transfers under 11 U.S.C. §547 which was filed by the Trustee on May 26, 2026. In support of this Motion, the parties respectfully represent as follows:

**BANKRUPTCY PROCEDURAL BACKGROUND**

1. On May 27, 2024, the above-named debtor (the "Debtor") filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code. The Trustee was appointed thereafter and has served as the trustee in this case.